IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-159-CR





DARRELL EUGENE MORRIS,



 APPELLANT



vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 0933290, HONORABLE JON N. WISSER, JUDGE PRESIDING



 




PER CURIAM



 This is an appeal from a judgment of conviction for injury to a child-criminal
negligence, Class A Misdemeanor. Appellant has filed a motion to withdraw the appeal. No
decision of this Court has been delivered. The motion is granted and the appeal is dismissed. See
Tex. R. App. P. 59(b).


Before Chief Justice Carroll, Justices Jones and Kidd

Appeal Dismissed on Appellant's Motion

Filed: December 7, 1994

Do Not Publish